In the matter of the estate of OLIVER D. MILLER, deceased.

[Decided May 20th, 1929.]

*Messrs. Parrot & Parrot,* for the appellant.

*Messrs. Stamler & Koestler, Mr. Hooker I. Googeshall* and *G. Bartram Woodruff,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Buchanan, and reported in *103 N. J. Eq. 86.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.